No. 87–6718. ABDULLAH v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 87–6719. COOPER v. CITY OF OCALA, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–6720. GARDNER v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 87–6721. MUDD ET AL. v. MOORE, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS AND HUMAN RESOURCES, ET AL. Sup. Ct. Mo. Certiorari denied.

No. 87–6733. GRAYS v. HUGHES ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–6742. POWELL v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 87–6743. SAILOR v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–6755. DORSEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6764. AYALA v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 87–6773. SHARIFF v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6775. NOLL v. KIMMEL ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–6777. PARKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–6783. QUINTERO-RODRIQUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6786. JORDAN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 87–6802. LONG v. MARYLAND. C. A. 4th Cir. Certiorari denied.